IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDELMIRO SOSA, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. C-06-149 |
| | § § | |
| CITY OF CORPUS CHRISTI, | § § § | |
| Defendant. | § § | |

### ORDER

On July 25, 2006, the Court held a telephone conference in the above-styled action. At this conference the Court made the following orders:

(1) Subject to an agreed protective order, Defendant City of Corpus Christi shall turn over a report that lists complainants who had made excessive force and/or abuse of authority complaints against Corpus Christi police officers from 1996 to September 21, 2003, the date of the incident alleged in Plaintiff's Complaint.

(2) At the hearing, the City was given the opportunity to contact each complainant listed in the report to determine if he or she might wish to file a motion with the Court for protection. The City, however, elected not to do so.

(3) Accordingly, the City shall provide to Plaintiff's counsel the name and contact information of each complainant listed in the report by Friday, July 28, 2006. Counsel for Plaintiff may contact in writing each complainant. A copy of each communication must be

simultaneously copied to the Defendant.

SIGNED and ENTERED this 26th day of July, 2006.

_____
Janis Graham Jack
United States District Judge